#23485

# In The United States Court of Federal Claims

Cover Sheet 06-812 C

Plaintiff(s) or Petitioner(s)
Hickory Lane Partners Limited Partnership
Pierce Street Partners Limited Partnership

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Carl A.S. Coan, III
Firm Name: Coan & Lyons
Post Office Box:
Street Address: 1100 Connecticut Ave., NW, Suite 1000
City-State-Zip: Washington, DC 20036
Telephone & Facsimile Numbers: Tel: 202-728-1070; Fax: 202-293-2448

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes □ No

Does the attorney of record have a Court of Federal Claims ECF account? □ Yes ■ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 3 4
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: H U D
See attached sheet for three-digit codes.

Amount Claimed: $101,120.00
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? □ Yes ■ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? □ Yes □ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? □ Yes ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.