# In the United States Court of Federal Claims

No. 06-812 C

(Filed: December 13, 2006)

****************************************
**PIERCE STREET PARTNERS LIMITED PARTNERSHIP, et al.,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
****************************************

## ORDER

On November 30, 2006, this case was designated as an electronic case in the court's case management/electronic filing (CM/ECF) system; however, Plaintiffs' counsel has not yet obtained an ECF account. Plaintiffs will not obtain any further filings in this case without an ECF account.

Plaintiffs are hereby ORDERED to obtain an ECF account on or before **January 12, 2007.**

The Clerk of the Court is hereby directed to serve a copy of this order on Plaintiffs in paper form.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge