IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PIERCE STREET PARTNERS LIMITED PARTNERSHIP, and HICKORY LANE PARTNERS LIMITED PARTNERSHIP, | ) | No. 06-812C |
| | ) | (Chief Judge Damich) |
| Plaintiffs, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN
ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 30 days, to and including February 28, 2007, within which to file a response to the complaint. Our response is currently due on January 29, 2007. This is our first request for an enlargement of time for this purpose. Counsel for the plaintiffs has authorized us to say that the plaintiffs do not oppose this motion for an enlargement of time.

Counsel for the United States has not yet received a litigation report from the agency. Furthermore, counsel does not anticipate receiving a litigation report before sometime in February because agency counsel has been extremely busy responding to a number of similar cases.

Counsel for the United States respectfully apologizes to the Court for not having submitted this motion earlier. Pursuant to

the Court's order, dated January 18, 2007, this motion should have been filed no later than January 22, 2007. Counsel failed to do so became he became confused about the status of this case.

Counsel believed that a motion for an enlargement of time had already been filed in this case prior to January 22, 2007. A number of cases similar to this one have been filed, and settlement negotiations have been active in several of the cases. Accordingly, motions for an enlargement of time have been filed in other cases (including Mayflower Housing Partnership v. United States, No. 06-731C (Fed. Cl.), handled by counsel for the United States in this case) to permit those settlement discussions to reach a conclusion or an impasse. Counsel for the United States mistakenly believed that a motion for an enlargement of time had been filed in this case for the same purpose prior to January 22, 2007.

The possibility of settlement has been discussed by counsel in this case. However, these settlement discussions have been separate from the group of settlement discussions described above.

The full enlargement of time is needed. A litigation report is needed in order for us to respond to the allegations in the complaint. In addition, time is needed to draft a response to the complaint, and for review of the draft response by agency counsel and by supervisors at the Department of Justice.

## Conclusion

For the reasons stated above, we respectfully request that our unopposed motion be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

January __, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on January __, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier