UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PIERCE STREET PARTNERS LIMITED PARTNERSHIP | ) |
| and | ) CIVIL ACTION NO. 06-812C |
| HICKORY LANE PARTNERS LIMITED PARTNERSHIP | ) (Chief Judge Damich) |
| Plaintiffs | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA | ) |
| Defendant | ) |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S PARTIAL MOTION TO DISMISS**

In its Partial Motion to Dismiss, Defendant has requested that "certain claims in the Complaint be dismissed for lack of subject matter jurisdiction." Mot. 1. More specifically, Defendant seeks the dismissal of the claims asserted by Plaintiff Pierce Street Partners Limited Partnership that accrued on December 1, 1997, December 1, 1998 and December 1, 1999. For Hickory Lane Partners Limited Partnership, Defendant seeks dismissal of its claims that accrued on August 1, 1997, August 1, 1998, August 1, 1999 and August 1, 2000. *Id.* 1-2.

Plaintiffs do not disagree with Defendant's assertion that, "The relevant statute of limitations requires that contract claims be filed in this Court within six years from the date that the contract right accrues." Mot. 6. Plaintiffs also do not disagree with

Defendant's assertion that, "A claim for an annual rent increase pursuant to a HAP contract accrues on the anniversary date of the HAP contract." *Id.* Accordingly, Plaintiffs do not oppose the dismissal of their claims that accrued before November 30, 2006, the date Plaintiffs filed their Complaint. As noted above, for Pierce Street Partners, that would be the claims that accrued on December 1, 1997, December 1, 1998 and December 1, 1999, and for Hickory Lane Partners, it would be the claims that accrued on August 1, 1997, August 1, 1998, August 1, 1999 and August 1, 2000.

Respectfully submitted,

April 9, 2007

/s/ Carl A.S. Coan, III
Carl A.S. Coan, III
Coan & Lyons
1100 Connecticut Ave., N.W.
Suite 1000
Washington, DC 20036
Phone No. 202-728-1070
Fax No. 202-293-2448

Attorney for Plaintiffs

Of Counsel:
Carl A.S. Coan, Jr.