# In the United States Court of Federal Claims

No. 06-812 C

(Filed: April 13, 2007)

****************************************

PIERCE STREET PARTNERS LIMITED PARTNERSHIP, et al.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

****************************************

## ORDER

On March 9, 2007, Defendant filed a motion to dismiss, for lack of subject matter jurisdiction, some of the breach of contract claims in Plaintiffs' complaint, filed on November 30, 2006 and amended on February 27, 2007, because they are barred by the 6-year statute of limitations pursuant to 28 U.S.C. § 2501. Defendant seeks dismissal of the following: the claims of Pierce Street Partners that accrued on December 1, 1997, December 1, 1998, and December 1, 1999; and the claims of Hickory Lane Partners that accrued on August 1, 1997, August 1, 1998, August 1, 1999, and August 1, 2000.

On April 9, 2007, Plaintiffs filed a response in which they agreed that all the claims accruing prior to November 30, 2000, were indeed barred by the statute of limitations. Accordingly, the Court hereby GRANTS Defendant's unopposed motion and dismisses all of Plaintiffs' claims that accrued prior to November 30, 2000.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge