UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PIERCE STREET PARTNERS<br>LIMITED PARTNERSHIP<br><br>and<br><br>HICKORY LANE PARTNERS<br>LIMITED PARTNERSHIP<br><br>Plaintiffs<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant | ) | CIVIL ACTION NO. 06-812C<br>(Chief Judge Damich) |

**PLAINTIFFS' UNOPPOSED MOTION TO STAY PROCEEDINGS**

Plaintiffs respectfully request that the Court stay all proceedings in this action, including the Joint Status Report and Plaintiffs' Second Amended Complaint which are currently due on April 27, 2007, for 45 days from April 27, to and including June 11, 2007. The reason for Plaintiffs' request is that the parties have been discussing settlement and the prospect of settlement appears good. Therefore, Plaintiffs are requesting this stay to try and finalize a settlement. Defendant's counsel has stated that he does not oppose this motion.

Respectfully submitted,

April 20, 2007

/s/ Carl A.S. Coan, III
Carl A.S. Coan, III
Coan & Lyons
1100 Connecticut Ave., N.W.
Suite 1000
Washington, DC 20036
Phone No. 202-728-1070
Fax No. 202-293-2448
Attorney for Plaintiffs

Of Counsel:
Carl A.S. Coan, Jr.