# In the United States Court of Federal Claims

No. 06-812 C

(Filed: April 25, 2007)

****************************************

**PIERCE STREET PARTNERS LIMITED PARTNERSHIP, et al.,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

****************************************

**ORDER**

On April 20, 2007, Plaintiffs filed an unopposed motion to stay all proceedings in this action, to and including June 11, 2007, pending settlement discussions. According to Plaintiffs, "the parties have been discussing settlement and the prospect of settlement appears good."

In light of the above, the Court hereby ORDERS that the case be STAYED indefinitely pending settlement. On or before **June 11, 2007,** the parties shall, unless a stipulation of dismissal has already been filed, file a joint status report in which they inform the Court of the progress that has been made in settling the case and whether they propose that the stay be continued.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge