IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PIERCE STREET PARTNERS, L.P., | ) | |
| and | ) | |
| HICKORY LANE PARTNERS, L.P., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 06-812C |
| THE UNITED STATES, | ) | (Judge Damich) |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order, dated April 25, 2007 ("Order"), the parties respectfully submit the following status report.

In response to the Order, the parties respectfully request that the stay be continued for an additional 60 days. The parties remain optimistic that settlement is likely.

The principal activity since the plaintiffs filed their motion for stay has been consideration of the settlement offer by the Department of Housing and Urban Development. The amount of money in dispute is not the sole concern of the agency, and so the agency is giving the offer particularly careful consideration. Senior officials at the agency have been involved.

The settlement offer has not yet been presented to the authorized representative of the Attorney General because no recommendation has yet been received from the agency. The

parties are reasonably optimistic that the agency will decide upon a recommendation soon.

Respectfully submitted,

S/ Carl A.S. Coan, III
CARL A.S. COAN, III
Coan & Lyons
1100 Connecticut Ave., NW
Suite 1000
Washington, DC 20036

Tele: 202-728-1070
Fax: 202-293-2448

Attorney for Plaintiff

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W.
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

Attorneys for Defendant

June 11, 2007

CERTIFICATE OF FILING

I hereby certify that on June 11, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier