# In the United States Court of Federal Claims

No. 06-812 C

(Filed: June 13, 2007)

****************************************

**PIERCE STREET PARTNERS LIMITED PARTNERSHIP, et al.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

****************************************

## ORDER

On June 11, 2007, the parties filed a joint status report ("JSR") regarding the status of their efforts toward settlement. In the JSR, the parties request a continued stay because Plaintiffs' settlement offer is still being carefully considered by the Department of Housing and Urban Development. In light of the above, the Court hereby ORDERS that the stay in this case continue indefinitely. On or before **July 27, 2007,** the parties shall, unless a stipulation of dismissal has already been filed, file a joint status report in which they inform the Court of the progress that has been made in settling the case and whether they propose that the stay be continued.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge