# In the United States Court of Federal Claims

No. 06-812 C

(Filed: August 7, 2007)

****************************************
*
**PIERCE STREET PARTNERS** *
**LIMITED PARTNERSHIP, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

## ORDER

On June 11, 2007, the parties filed a joint status report ("JSR") regarding the status of their efforts toward settlement. In the JSR, the parties request a continued stay for an additional 60 days as they "remain optimistic that settlement is likely." While the parties inform the Court that Plaintiffs' settlement offer "has not yet been presented to the authorized representative of the Attorney General," they "expect the offer to be presented soon." In light of the above, the Court hereby ORDERS that the stay in this case continue indefinitely. On or before **September 28, 2007,** the parties shall, unless a stipulation of dismissal has already been filed, file a JSR in which they inform the Court of the progress that has been made in settling the case and whether they propose that the stay be continued.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge