# In the United States Court of Federal Claims

No. 06-812 C

(Filed: October 15, 2007)

****************************************

**PIERCE STREET PARTNERS LIMITED PARTNERSHIP, et al.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

****************************************

**ORDER**

After engaging in settlement negotiations since April, 2007, the parties filed a stipulation for entry of judgment against the Government on September 28, 2007. The stipulation sets forth the terms of the Government's consent, and the Plaintiff's agreement therewith, for the entry of a final judgment as to Plaintiff's claims without an admission of liability by the Government.

The Clerk of Court is hereby directed to enter judgment in favor of Plaintiff Pierce Street Partners L.P. in the amount of $66,000 and in favor of Plaintiff Hickory Lane Partners L.P. in the amount of $11,000, in accordance with the terms of the parties' stipulation. No costs.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge