# In the United States Court of Federal Claims

**No. 06-812 C**

**PIERCE STREET PARTNERS, L.P.**
**and HICKORY LANE PARTNERS, L.P.**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the parties' stipulation for entry of judgment, filed September 28, 2007, and the court's Order, filed October 15, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff, Pierce Street Partners, L.P., recover of and from the United States the sum of $66,000.00, inclusive of interest; and that plaintiff, Hickory Lane Partners, L.P., recover of and from the United States, the sum of $11,000.00, inclusive of interest. Each party is to bear its own costs, expenses and attorney fees.

Brian Bishop
Clerk of Court

October 16, 2007 By: s/ Debra L. Samler

Deputy Clerk