United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

October 17, 2007

Carl A. S. Coan, III, Esquire
Coan & Lyons
Suite 1000
1100 Connecticut Avenue, NW
Washington, DC 20036

In re: Pierce Street Partners, L.P., et al. v. United States,
No. 06-812 C

Dear Mr. Coan:

I enclose herewith the 28 U.S.C. §2517 certified transcript of judgment, dated October 16, 2007, in the above-entitled case.

As to the procedure for obtaining payment of this judgment, see the enclosed Instruction Sheet.

Sincerely,

Debra L. Samler
Senior Case Manager

Enclosures

cc: James W. Poirier, Esquire
Department of Justice